Defendant No.: 1

Store Name:
**AE1FW9L1U**

Platform:
**Amazon**











# AE1FW9L1U

Visit the AE1FW9L1U storefront

★★☆☆☆ **50% positive** lifetime (2 total ratings)

★☆☆☆☆ "I didn't receive the package. Although they wrote that the package was delivered."

By Elena Stroganova on February 5, 2025.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** changzhishiwanghuleshangmaoyouxiangongsi
**Business Address:**
元谋县
老城乡库南村委会上猛连村11号
楚雄彝族自治州
云南
675000
CN

## Shipping Policies ⌄

## Other Policies ⌄



Defendant No.: 2

Store Name:
**AE4WPY567**

Platform:
**Amazon**







Help others learn more about this product by uploading a video!

Upload your video

## 🔴⁺ Looking for specific info?

Ask Rufus or search reviews and Q&A

## What's in the box

- Vintage Handmade Leather Wallet

## Customer reviews

No customer reviews

5 star ⬜ 0%
4 star ⬜ 0%
3 star ⬜ 0%
2 star ⬜ 0%
1 star ⬜ 0%

How customer reviews and ratings work ⌃

Customer Reviews, including Product Star Ratings help customers to learn more about the product and decide whether it is the right product for them.

To calculate the overall star rating and percentage breakdown by star, we don't use a simple average. Instead, our system considers things like how recent a review is and if the reviewer bought the item on Amazon. It also analyzed reviews to verify trustworthiness.

Learn more how customers reviews work on Amazon





# AE4WPY567

Visit the AE4WPY567 storefront

★★★★★ | 100% positive lifetime (1 total ratings)

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** haerbinshizhongloubaihuomaiyiyouxiangongsi
**Business Address:**
中江县
辑庆镇上场村10组
德阳市
四川
618000
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.



Defendant No.: 3

Store Name:
**AE5CY5Y54**

Platform:
**Amazon**











# AE5CY5Y54

Visit the AE5CY5Y54 storefront

★★☆☆☆ | **0% positive** lifetime (2 total ratings)

By Edwin T. on March 22, 2025.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** lincangchixilvshangmaoyouxiangongsi
**Business Address:**
盘龙区
水晶村46号
昆明市
云南
650000
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄



Defendant No.: 4

Store Name:
**AE5H1ER2X**

Platform:
**Amazon**









# AE5H1ER2X

Visit the AE5H1ER2X storefront

Just launched  |  No feedback yet

## About Seller

AE5H1ER2X is committed to providing each customer with the highest standard of customer service.

**Have a question for AE5H1ER2X?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** lincangtianqianyunshangmaoyouxiangongsi
**Business Address:**
  五华区黑林铺街道
  平板玻璃厂二生活区25栋2单元401
  昆明市
  云南
  650000
  CN



Defendant No.: 5

Store Name:
**AE67J3P1G**

Platform:
**Amazon**







wallet, a coin pouch, fits almost anywhere: pocket, handbag, backpack, or briefcase.

- Stylish and sleek design works for men and women, making it a great women wallet option. A mini coin wallet that fits almost anywhere: pocket, handbag, backpack, or briefcase. No more bulky wallets—just keep it handy.

2. **Product Selling Points :**
   - Handcrafted vegan leather with sturdy stitching lasts for years—no flimsy feel. This coin pouch features a smooth zipper closure that keeps your stuff secure, even on the go. It's also a change purse, perfect for everyday use.
   - Compact and practical: store coins, gift cards, folded bills, credit cards, IDs, and receipts in this change purse. Keep essentials organized and easy to reach. It's also a coin pouch, ideal for daily carry.

3. **Usage Scenarios & Target Audience :**
   - Great for daily outings: toss this coin purse for women in your pocket when shopping, keep in your bag for errands, or carry on trips. A handy change purse for women, it works well for school, gym, or running around town.
   - Suitable for men and women of all ages, this women wallet is a versatile choice. 6 color options (black, brown, green, pink, red, blue) let you pick a shade that fits your style, making it a great option for those looking for wallets for women.

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌃

Customer Reviews, including Product Star Ratings help customers to learn more about the product and decide whether it is the right product for them.

To calculate the overall star rating and percentage breakdown by star, we don't use a simple average. Instead, our system considers things like how recent a review is and if the reviewer bought the item on Amazon. It also analyzed reviews to verify trustworthiness.

Learn more how customers reviews work on Amazon

## Review this product

Share your thoughts with other customers

Write a customer review





## AE67J3P1G

Visit the AE67J3P1G storefront

★★★★★ | **100% positive** lifetime (1 total ratings)

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** qinhuangdaodaiyinwenhuachuanmeiyouxiangongsi
**Business Address:**
  美兰区白龙街道
  上贤村61号
  海口市
  海南
  570100
  CN

### Shipping Policies ⌄

### Other Policies ⌄

### Help ⌄



Defendant No.: 6

Store Name:
**AE6BYB27C**

Platform:
**Amazon**













Defendant No.: 7

Store Name:
**AE6T3YM01**

Platform:
**Amazon**









# AE6T3YM01

Visit the AE6T3YM01 storefront

Just launched | No feedback yet

## About Seller

AE6T3YM01 is committed to providing each customer with the highest standard of customer service.

**Have a question for AE6T3YM01?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** zhumadianshizhongbingshangmaoyouxiangongsi

**Business Address:**
青羊区
拐枣树街28号院1栋2单元611
成都市
四川
610000
CN



Defendant No.: 8

Store Name:
**AE78A6WXP**

Platform:
**Amazon**







## What's in the box

- Vintage Handmade Leather Wallet

## Customer reviews

No customer reviews

5 star    0%
4 star    0%
3 star    0%
2 star    0%
1 star    0%

How customer reviews and ratings work ⌃

Customer Reviews, including Product Star Ratings help customers to learn more about the product and decide whether it is the right product for them.

To calculate the overall star rating and percentage breakdown by star, we don't use a simple average. Instead, our system considers things like how recent a review is and if the reviewer bought the item on Amazon. It also analyzed reviews to verify trustworthiness.

Learn more how customers reviews work on Amazon

## Review this product

Share your thoughts with other customers

Write a customer review





amazon.com/sp?ie=UTF8&seller=AO6B8ZFAMVNWB

## AE78A6WXP

Visit the AE78A6WXP storefront

★☆☆☆☆ | **0% positive** lifetime (2 total ratings)

By Amazon Customer on October 13, 2025.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★☆☆☆☆ "It's been so long and I have not received the product, also the date of delivery keep changing, not clear when I will get it"

By Amazon Customer on October 2, 2025.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** lincangenlingtushangmaoyouxiangongsi
**Business Address:**
楚雄市东瓜镇
刘家村委会沙邑村一社3号
楚雄彝族自治州
云南
675000
CN

### Shipping Policies



Defendant No.: 9

Store Name:
**AE824X52K**

Platform:
**Amazon**







wallet, a coin pouch, fits almost anywhere: pocket, handbag, backpack, or briefcase.

- Stylish and sleek design works for men and women, making it a great women wallet option. A mini coin wallet that fits almost anywhere: pocket, handbag, backpack, or briefcase. No more bulky wallets—just keep it handy.

2. **Product Selling Points :**
   - Handcrafted vegan leather with sturdy stitching lasts for years—no flimsy feel. This coin pouch features a smooth zipper closure that keeps your stuff secure, even on the go. It's also a change purse, perfect for everyday use.
   - Compact and practical: store coins, gift cards, folded bills, credit cards, IDs, and receipts in this change purse. Keep essentials organized and easy to reach. It's also a coin pouch, ideal for daily carry.

3. **Usage Scenarios & Target Audience :**
   - Great for daily outings: toss this coin purse for women in your pocket when shopping, keep in your bag for errands, or carry on trips. A handy change purse for women, it works well for school, gym, or running around town.
   - Suitable for men and women of all ages, this women wallet is a versatile choice. 6 color options (black, brown, green, pink, red, blue) let you pick a shade that fits your style, making it a great option for those looking for wallets for women.

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌃

Customer Reviews, including Product Star Ratings help customers to learn more about the product and decide whether it is the right product for them.

To calculate the overall star rating and percentage breakdown by star, we don't use a simple average. Instead, our system considers things like how recent a review is and if the reviewer bought the item on Amazon. It also analyzed reviews to verify trustworthiness.

Learn more how customers reviews work on Amazon

No customer reviews

## Review this product

Share your thoughts with other customers

Write a customer review





# AE824X52K

Visit the AE824X52K storefront

★★★★★ | **100% positive** lifetime (1 total ratings)

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either is unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** zhumadianshigangxinshangmaoyouxiangongsi
**Business Address:**
  成华区
  万科天荟2-1901
  成都市
  四川
  610000
  CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.



Defendant No.: 10

Store Name:
**AE8J9NF7R**

Platform:
**Amazon**











## AE8J9NF7R

Visit the AE8J9NF7R storefront

★★½☆☆ | **33% positive** lifetime (3 total ratings)

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** lincangyexiangxiaoshangmaoyouxiangongsi
**Business Address:**
盘龙区
汉坝镇蒜村101号
昆明市
云南
650000
CN

### Shipping Policies ⌄

### Other Policies ⌄

### Help ⌄



Defendant No.: 11

Store Name:
**AE96JNW3N**

Platform:
**Amazon**











# AE96JNW3N

Visit the AE96JNW3N storefront

★★½☆☆ **33% positive** lifetime (3 total ratings)

By Gio on August 19, 2025.

★★☆☆☆   " I ordered a 9 inch Easter tree -I received a tree approximately 5 inches. I paid 6.99 delivery so I'm not paying more to return it "

By Cathy R. on April 4, 2025.

Previous **Next**

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's **Return** and **Refund** policy.

To initiate a return, visit **Amazon's Online Return Center** to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help **here**.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

**See full details**

## Detailed Seller Information

**Business Name:** haerbinshiaolihuishangmaoyouxiangongsi
**Business Address:**
  武侯区玉林街道
  一环路南三段51号
  成都市
  四川
  610000
  CN

## Shipping Policies



Defendant No.: 12

Store Name:
**AKQWOPJ**

Platform:
**Amazon**







**Looking for specific info?**

Ask Rufus or search reviews and Q&A

## Product Description

Slim & Compact Design – Small bifold wallet with a slim profile, easy to carry in handbags or pockets without bulk. RFID Blocking Protection – Built-in RFID blocking layer helps protect credit cards from unauthorized scanning. Zipper Pocket for Coins & Cash – Secure zipper compartment keeps coins, bills, and small items organized. Boho Aztec Style – Unique boho-inspired pattern adds personality and style to your everyday essentials. Perfect Gift for Women – A practical yet stylish mini wallet, ideal for birthdays, holidays, or everyday gifting

## Customer reviews

No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌃

Customer Reviews, including Product Star Ratings help customers to learn more about the product and decide whether it is the right product for them.

To calculate the overall star rating and percentage breakdown by star, we don't use a simple average. Instead, our system considers things like how recent a review is and if the reviewer bought the item on Amazon. It also analyzed reviews to verify trustworthiness.

Learn more how customers reviews work on Amazon

## Review this product





# AKQWOPJ

Visit the AKQWOPJ storefront

★★★☆☆ | **63% positive** lifetime (24 total ratings)

bother to return it, just donated it to...
Read more

By Ron Persinger on January 10, 2025.

★☆☆☆☆ "The Driver walked half way through my yard, then chucked the package at the front of my house, bouncing off the side of my window. When I went outside he was pi..."
Read more

By Joshua on January 5, 2025.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** zhijiangshiwukuangshangmaoyouxiangongsi
**Business Address:**
  劲松大道121号3幢1单元5楼1室
  沙湾区
  乐山市
  四川省
  614999
  CN



Defendant No.: 13

Store Name:
**Alexia Lily**

Platform:
**Amazon**









# Alexia Lily

Visit the Alexia Lily storefront

Just launched | No feedback yet

## About Seller

Alexia Lily is committed to providing each customer with the highest standard of customer service.

**Have a question for Alexia Lily?**

Ask a question

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** SuiZhouShiRunXinHuiShangMaoYouXianGongSi
**Business Address:**
连城
汇豪名城14栋1308
龙岩市
福建
364400
CN



Defendant No.: 14

Store Name:
**Ashmyh**

Platform:
**Amazon**











## Ashmyh

Visit the Ashmyh storefront

★★★☆☆ **53% positive** lifetime (15 total ratings)

★☆☆☆☆ "I received my order but I don't like the way a come the hat was flat and is poor quality"
By Miguel on July 27, 2025.

★☆☆☆☆ "My package is lost"
By Rocio Perez on May 22, 2025.

Previous Next

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** xingtaikeshishangmaoyouxiangongsi
**Business Address:**
致顺路青铁家院南门19栋二单元203号
成华区
成都市
四川省
610057
CN

### Shipping Policies



Defendant No.: 15

Store Name:
**Asxxavv Lexsy**

Platform:
**Amazon**







## Product Description

1. **Product Details** :
   - Small, light, and easy to carry—slip this small coin purse into your pocket, purse, or bag without bulk. Great for women who don't like heavy or big purses, and it adds a cute touch to your outfits when you hold it.
   - Made from soft vegan leather with handcrafted stitches—durable and elegant, like a money bag. Zipper closure keeps valuables safe, large compartments make it practical. Lightweight and minimal, won't weigh you down. This mini coin wallet, a coin pouch, fits almost anywhere: pocket, handbag, backpack, or briefcase.
   - Stylish and sleek design works for men and women, making it a great women wallet option. A mini coin wallet that fits almost anywhere: pocket, handbag, backpack, or briefcase. No more bulky wallets—just keep it handy.
2. **Product Selling Points** :
   - Handcrafted vegan leather with sturdy stitching lasts for years—no flimsy feel. This coin pouch features a smooth zipper closure that keeps your stuff secure, even on the go. It's also a change purse, perfect for everyday use.
   - Compact and practical: store coins, gift cards, folded bills, credit cards, IDs, and receipts in this change purse. Keep essentials organized and easy to reach. It's also a coin pouch, ideal for daily carry.
3. **Usage Scenarios & Target Audience** :
   - Great for daily outings: toss this coin purse for women in your pocket when shopping, keep in your bag for errands, or carry on trips. A handy change purse for women, it works well for school, gym, or running around town.
   - Suitable for men and women of all ages, this women wallet is a versatile choice. 6 color options (black, brown, green, pink, red, blue) let you pick a shade that fits your style, making it a great option for those looking for wallets for women.

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

How customer reviews and ratings work ^

Customer Reviews, including Product Star Ratings help customers to learn more about the product and decide whether it is the right product for them.

To calculate the overall star rating and percentage breakdown by star, we don't use a simple average. Instead, our system considers things like how recent a review is and if the reviewer bought the item on Amazon. It also analyzed reviews to verify trustworthiness.

Learn more how customers reviews work on Amazon

## Review this product

Share your thoughts with other customers





## Asxxavv Lexsy

Visit the Asxxavv Lexsy storefront

★★★★★ | **100% positive** lifetime (7 total ratings)

Previous **Next**

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** HangZhouJiuGuoFuZhuangFuLiaoYouXianGongSi
**Business Address:**
白云街道天合府4幢1502
椒江区
台州市
浙江
317000
CN

Shipping Policies ⌄

Other Policies ⌄

Help ⌄



Defendant No.: 16

Store Name:
**BAODU**

Platform:
**Amazon**







wallet, a coin pouch, fits almost anywhere: pocket, handbag, backpack, or briefcase.

- Stylish and sleek design works for men and women, making it a great women wallet option. A mini coin wallet that fits almost anywhere: pocket, handbag, backpack, or briefcase. No more bulky wallets—just keep it handy.

2. **Product Selling Points** :
   - Handcrafted vegan leather with sturdy stitching lasts for years—no flimsy feel. This coin pouch features a smooth zipper closure that keeps your stuff secure, even on the go. It's also a change purse, perfect for everyday use.
   - Compact and practical: store coins, gift cards, folded bills, credit cards, IDs, and receipts in this change purse. Keep essentials organized and easy to reach. It's also a coin pouch, ideal for daily carry.

3. **Usage Scenarios & Target Audience** :
   - Great for daily outings: toss this coin purse for women in your pocket when shopping, keep in your bag for errands, or carry on trips. A handy change purse for women, it works well for school, gym, or running around town.
   - Suitable for men and women of all ages, this women wallet is a versatile choice. 6 color options (black, brown, green, pink, red, blue) let you pick a shade that fits your style, making it a great option for those looking for wallets for women.

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

How customer reviews and ratings work ⌃

Customer Reviews, including Product Star Ratings help customers to learn more about the product and decide whether it is the right product for them.

To calculate the overall star rating and percentage breakdown by star, we don't use a simple average. Instead, our system considers things like how recent a review is and if the reviewer bought the item on Amazon. It also analyzed reviews to verify trustworthiness.

Learn more how customers reviews work on Amazon

## Review this product

Share your thoughts with other customers

Write a customer review





Defendant No.: 17

Store Name:
**Baseball Drip Backpack Ice Cream Shop**

Platform:
**Amazon**







**Product Description**

Slim & Compact Design – Small bifold wallet with a slim profile, easy to carry in handbags or pockets without bulk. RFID Blocking Protection – Built-in RFID blocking layer helps protect credit cards from unauthorized scanning. Zipper Pocket for Coins & Cash – Secure zipper compartment keeps coins, bills, and small items organized. Boho Aztec Style – Unique boho-inspired pattern adds personality and style to your everyday essentials. Perfect Gift for Women – A practical yet stylish mini wallet, ideal for birthdays, holidays, or everyday gifting

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌃

Customer Reviews, including Product Star Ratings help customers to learn more about the product and decide whether it is the right product for them.

To calculate the overall star rating and percentage breakdown by star, we don't use a simple average. Instead, our system considers things like how recent a review is and if the reviewer bought the item on Amazon. It also analyzed reviews to verify trustworthiness.

Learn more how customers reviews work on Amazon

## Review this product

Share your thoughts with other customers

Write a customer review

**No customer reviews**





# Baseball Drip Backpack Ice Cream Shop

Visit the Baseball Drip Backpack Ice Cream Shop storefront
★★★★⯪ | **75% positive** lifetime (4 total ratings)

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** zhuzhouzexiushangmaoyouxiangongsi
**Business Address:**
　石峰区清水塘街道华城社区
　三丘田综合楼A099号
　株洲
　湖南
　412004
　CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.



Defendant No.: 18

Store Name:
**BeiJingHangTaiXinKeKeJiYouXianGongSi**

Platform:
**Amazon**











# BeiJingHangTaiXinKeKeJiYouXianGongSi

Visit the BeiJingHangTaiXinKeKeJiYouXianGongSi storefront

Just launched | No feedback yet

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

Business Name: LinQingShiKangYiXinZhouChengYouXianGongSi
Business Address:
  临清市
  烟店镇323省道与烟潘路交叉口向东200米路南院内北车间
  聊城市
  山东省
  252664
  CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.



Defendant No.: 19

Store Name:
**caizeshiart**

Platform:
**Amazon**

amazon.com/dp/B0DS1Y47NQ

Clothing, Shoes & Jewelry › Women › Accessories › Wallets, Card Cases & Money Organizers › Wallets





**Brand: Generic**

## Slim Credit Card Case Holder Small Compact Bifold Zipper EirBesr Pocket Wallet Mini Leather RFID Blocking Wallet Coin Purse

Search this page

$0⁵⁹

Price history

### Product details

Care instructions          Dry Cloth Clean

### About this item

- clutch purses for women clutch purses for women evening clutch purse clutch wallet for women clutch wallet clutch clutch purses for women casual clutch black clutch silver clutch gold clutch evening clutch clutch clutch purses for women black clutch purses for women silver clutch purses for women evening black clutch purses for women wedding clutch purses for women gold clutch purses for women under 10 clutch purses for women evening navy clear clutch purses for women
- white clutch purses for women evening clutch purses for women small clutch purses for women yellow clutch purses for women black clutch purses for women evening silver clutch purses for women evening clutch purses for women evening black silver clutch purses for women evening vintage clutch purses for women evening under 10 clutch purses for women evening color clutch purses for women evening clutch purses for women evening clutch purses for women
- evening floral gold clutch purses for women evening red clutch purses for women evening rose gold clutch purses for women evening clutch purse evening clutch purse with strap clutch purse womens clutch purse

---

$0⁵⁹

$9.99 delivery **December 6 - 16.**
Details

Or fastest delivery **December 1 - 8.** Details

📍 Deliver to John - Chicago 60607

**In Stock**

Quantity: 1 ▾

**Add to cart**

**Buy Now**

| | |
|---|---|
| Shipper / Seller | caizeshiart |
| Returns | FREE refund/replaceme nt until Jan 31,... |
| Payment | Secure transaction |

∧ See less

Add to List ▾



## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**How customer reviews and ratings work** ⌃

Customer Reviews, including Product Star Ratings help customers to learn more about the product and decide whether it is the right product for them.

To calculate the overall star rating and percentage breakdown by star, we don't use a simple average. Instead, our system considers things like how recent a review is and if the reviewer bought the item on Amazon. It also analyzed reviews to verify trustworthiness.

Learn more how customers reviews work on Amazon

### Review this product

Share your thoughts with other customers

Write a customer review

**No customer reviews**





## caizeshiart

Visit the caizeshiart storefront

★★★☆☆ **67% positive** lifetime (3 total ratings)

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** caizeshi
**Business Address:**
　海丰中路127号龙腾东方9号楼1009
　莆田市
　荔城区
　福建省
　351100
　CN

### Shipping Policies

### Other Policies

### Help



Defendant No.: 20

Store Name:
**chaoic64**

Platform:
**Amazon**









# chaoic64

Visit the chaoic64 storefront

★★★★★ | **100% positive** lifetime (1 total ratings)

## About Seller

chaoic64 is committed to providing each customer with the highest standard of customer service.

**Have a question for chaoic64?**

[ Ask a question ]

## Reviews

★★★★★ 5 out of 5
1 ratings

[ Lifetime ⌄ ]

| | | |
|---|---|---|
| 5 star | ████████ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon ⌄

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

1 total ratings, 1 with feedback for Lifetime ⓘ

★★★★★
"No problem with the delivery and the poster is as advertised. "
By Frances Wargolet on December 15, 2025.

★★☆☆☆
"~~I always get 2XL shirts and they fit perfectly, this shirt was a lot smaller than what was said~~ "
By Charles D Logan on December 7, 2025.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.





Defendant No.: 21

Store Name:
**chizhoubinggongshangmaoyouxiangongsi**

Platform:
**Amazon**







## Product Description

Slim & Compact Design – Small bifold wallet with a slim profile, easy to carry in handbags or pockets without bulk. RFID Blocking Protection – Built-in RFID blocking layer helps protect credit cards from unauthorized scanning. Zipper Pocket for Coins & Cash – Secure zipper compartment keeps coins, bills, and small items organized. Boho Aztec Style – Unique boho-inspired pattern adds personality and style to your everyday essentials. Perfect Gift for Women – A practical yet stylish mini wallet, ideal for birthdays, holidays, or everyday gifting

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**No customer reviews**

How customer reviews and ratings work ⌃

Customer Reviews, including Product Star Ratings help customers to learn more about the product and decide whether it is the right product for them.

To calculate the overall star rating and percentage breakdown by star, we don't use a simple average. Instead, our system considers things like how recent a review is and if the reviewer bought the item on Amazon. It also analyzed reviews to verify trustworthiness.

Learn more how customers reviews work on Amazon

## Review this product

Share your thoughts with other customers

Write a customer review





Defendant No.: 22

Store Name:
**CrossMon**

Platform:
**Amazon**









# CrossMon

Visit the CrossMon storefront

⭐⭐⭐½☆ | **58% positive** lifetime (40 total ratings)

## About Seller

CrossMon is committed to providing each customer with the highest standard of customer service.

**Have a question for CrossMon?**

[ Ask a question ]

## Reviews

⭐⭐⭐½☆ 3.5 out of 5
40 ratings

[ Lifetime ˅ ]

| | | |
|---|---|---|
| 5 star | | 58% |
| 4 star | | 0% |
| 3 star | | 5% |
| 2 star | | 10% |
| 1 star | | 28% |

Learn more about how seller reviews work on Amazon ˅

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ˅ ]

40 total ratings, 40 with feedback for Lifetime ⓘ

⭐⭐⭐⭐⭐ "My absolute favorite lifting shirt. I couldn't be happier with the fit or the service. 10/10 "
By Justin on June 24, 2025.

⭐⭐⭐⭐⭐ "I already received the item, thank you. "
By Howard Whitney Nakken on June 21, 2025.

⭐☆☆☆☆ "No recibo "
By Martin on March 15, 2025.

⭐⭐⭐⭐⭐ "I would like him to contact me to make another project for me "
By Virginia on March 1, 2025.

⭐⭐⭐⭐⭐ "The beanie is very nice and was packaged well. Only delivered a day late of the dates given. "
By Melinda on February 16, 2025.



## CrossMon

Visit the CrossMon storefront

★★★☆☆ | **58% positive** lifetime (40 total ratings)

Previous Next

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** cixianmenpibaihuodian
**Business Address:**
  北白道村苦菊路47号
  邯郸市
  磁县
  河北
  056000
  CN

### Shipping Policies                                              ⌄

### Other Policies                                                 ⌄

### Help                                                           ⌄



Defendant No.: 23

Store Name:
**daguanruanpaibaihuo**

Platform:
**Amazon**











Defendant No.: 24

Store Name:
**dandongshixinxinyuanganxianshuiguoyouxiangongsi**

Platform:
**Amazon**





amazon.com/dp/B0DLVV9964

**Product specifications**

Item details | Features & Specs | Style | Materials & Care | Measurements

Warranty & Feedback

### Item details

| | |
|---|---|
| Brand Name | generic |
| Model Name | 1 |
| Model Number | 1 |
| ASIN | B0DLVV9964 |
| Item Type Name | Travel Accessory- Passport Wallet |
| Item Height | 3.7 inches |

### Features & Specs

| | |
|---|---|
| Closure Type | Zipper |
| Wallet Card Slot Count | 7 |

### Style

| | |
|---|---|
| Color | Wine |
| Style Name | Modern |
| Pattern | Solid |
| Form Factor | Slim |

### Materials & Care

| | |
|---|---|
| Material Type | Leather |
| Leather Type | Faux Leather |

### Measurements

---

Amazon — Deliver to John Chicago 60607 — All — Search Amazon

All | Rufus | Join Prime | Same-Day Delivery | Medical Care | Amazon Haul | Alexa+ | Prime Video | Customer Service | Cell Phones | Amazon Basics | Audible | Buy Again | Pet Suppli...

Clothing, Shoes & Jewelry › Women › Accessories › Wallets, Card Cases & Money Organizers › Wallets

**Small Wallets Woman, Slim PU Leather Minimalist Rfid Blocking Pocket Card Case Holder EirBesr with Zipper Card Slots,Compact Lightweight Thin Portable Coin Pu Cards Travel Cash Bills**

Brand: generic
Search this page

$1.98
Price history

Get $60 off instantly: Pay $0.00 upon approval for Amazon Visa.

### Product details

| | |
|---|---|
| Brand | generic |
| Color | Wine |
| Material | Leather |
| Style | Modern |
| Pattern | Solid |

See all product specifications

### About this item

- 【Good Quality Material】This dual pouch wristlet wallet is made from a soft, silky nylon ... really nice to the touch. It's built to last, with a strong zipper and sturdy metal clasps that ... everything secure. The material is waterproof and easy to clean, so it's both practical and ... Plus, the comfortable nylon wrist strap makes it easy to carry around every day, whether y... traveling, walking, or just out and about.
- 【Versatile Use】This zip-around wristlet wallet is great for keeping those annoying coins ... get lost at the bottom of your bag. It can also hold your keys, work as a mini makeup bag, ... hands-free buddy when you're traveling or running errands. No matter if you're commuti... organizing your stuff, or looking for a handy pouch to simplify your day, this wallet has yo...
- 【Practical Design】The zippered coin pouch is perfect for keeping all your small essentia...

Click to see full view

Ask Rufus
Can it hold business cards? | Is this wallet waterproof?
Does it have a wrist strap? | Ask something else







# dandongshixinxinyuanganxianshuiguoyouxiangongsi

Visit the dandongshixinxinyuanganxianshuiguoyouxiangongsi storefront

★★★☆☆ | **63% positive** lifetime (8 total ratings)

By Adam Wall on March 2, 2025.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** dandongshixinxinyuanganxianshuiguoyouxiangongsi
**Business Address:**
   辽宁省丹东市振兴区
   大众街宝石新村小区2号楼505室
   丹东市
   辽宁
   118000
   CN

## Shipping Policies            ⌄

## Other Policies            ⌄

## Help



Defendant No.: 25

Store Name:
**Dcgenican**

Platform:
**Amazon**







## Looking for specific info?

Ask Rufus or search reviews and Q&A

## Product Description

Slim & Compact Design – Small bifold wallet with a slim profile, easy to carry in handbags or pockets without bulk. RFID Blocking Protection – Built-in RFID blocking layer helps protect credit cards from unauthorized scanning. Zipper Pocket for Coins & Cash – Secure zipper compartment keeps coins, bills, and small items organized. Boho Aztec Style – Unique boho-inspired pattern adds personality and style to your everyday essentials. Perfect Gift for Women – A practical yet stylish mini wallet, ideal for birthdays, holidays, or everyday gifting

## Customer reviews

No customer reviews

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work ⌃

Customer Reviews, including Product Star Ratings help customers to learn more about the product and decide whether it is the right product for them.

To calculate the overall star rating and percentage breakdown by star, we don't use a simple average. Instead, our system considers things like how recent a review is and if the reviewer bought the item on Amazon. It also analyzed reviews to verify trustworthiness.

Learn more how customers reviews work on Amazon





## Dcgenican

Visit the Dcgenican storefront

★★★½☆ | **68% positive** lifetime (25 total ratings)

Previous **Next**

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's **Return** and **Refund** policy.

To initiate a return, visit **Amazon's Online Return Center** to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help **here**.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

**See full details**

### Detailed Seller Information

**Business Name:** tongshanxianxitongbaihuodian
**Business Address:**
  通羊镇南门桥社区桃花泉小区5-2号(自主申报)
  通山县
  咸宁市
  湖北
  437600
  CN

### Shipping Policies ⌄

### Other Policies ⌄

### Help ⌄



Defendant No.: 26

Store Name:
**dengfengshisongyunjidiangongchengyouxiangongsi**

Platform:
**Amazon**





## Customer reviews

No customer reviews

| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

**How customer reviews and ratings work** ⌃

Customer Reviews, including Product Star Ratings help customers to learn more about the product and decide whether it is the right product for them.

To calculate the overall star rating and percentage breakdown by star, we don't use a simple average. Instead, our system considers things like how recent a review is and if the reviewer bought the item on Amazon. It also analyzed reviews to verify trustworthiness.

Learn more how customers reviews work on Amazon

### Review this product

Share your thoughts with other customers

Write a customer review





# dengfengshisongyunjidiangongchengyouxiangongsi

Visit the dengfengshisongyunjidiangongchengyouxiangongsi storefront

★★★★☆ | **100% positive** lifetime (1 total ratings)

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Yang Yunbin
**Business Address:**
  科翔路124号402房
  黄埔区
  广州市
  广东
  510700
  CN

## Shipping Policies                                                                    ⌄

## Other Policies                                                                       ⌄

## Help                                                                                 ⌄

## Products



Defendant No.: 27

Store Name:
**DHJDLSW**

Platform:
**Amazon**











# DHJDLSW

Visit the DHJDLSW storefront

★☆☆☆☆ | **0% positive** lifetime (4 total ratings)

By Lisa Johnson on December 27, 2025.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** guangzhoudengwudianzishangwushanghanggerenduzi
**Business Address:**
  厚街镇
  汀山广场时尚公寓211
  东莞市
  广东
  523000
  CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄



Defendant No.: 28

Store Name:
**dinghanshop**

Platform:
**Amazon**











### dinghanshop

Visit the dinghanshop storefront

★☆☆☆☆ | **0% positive** lifetime (1 total ratings)

---

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

---

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

---

### Detailed Seller Information

**Business Name:** jinhuashidinghanjiancaiyouxiangongsi
**Business Address:**
  婺城区新狮街道
  桃源路198号峰境花园13幢1-301室
  金华市
  浙江省
  321019
  CN

---

### Shipping Policies ⌄

### Other Policies ⌄

### Help ⌄



Defendant No.: 29

Store Name:
**dixiangmaoyi**

Platform:
**Amazon**









# dixiangmaoyi

Visit the dixiangmaoyi storefront

Just launched | No feedback yet

## About Seller

dixiangmaoyi is committed to providing each customer with the highest standard of customer service.

**Have a question for dixiangmaoyi?**

Ask a question

## Reviews

★☆☆☆☆ "I ordered this November 29 and it is Christmas Day and I still don't have it. I want a refund!!!"

By Jodi Furey on December 26, 2025.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★☆☆☆☆ "I never received my item"

By Amazon Customer on December 25, 2025.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

★★☆☆☆ "Where is my package, a Christmas gift to a child? Guys!!!! What's going on? Ordered 2 weeks ago and no word... Christmas is in 2 days!!!! ??????"

By NYCreDESIGN on December 22, 2025.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.



# dixiangmaoyi

Visit the dixiangmaoyi storefront

Just launched  |  No feedback yet

Message from Amazon: The fulfillment issues associated with this order were not due to the seller

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

Business Name: guangzhoudixiangmaoyiyouxiangongsi
Business Address:
墉厦镇
大坪村四黎南路275号
东莞市
广东
523000
CN

Shipping Policies                                                                     ⌄

Other Policies                                                                        ⌄

Help                                                                                  ⌄



Defendant No.: 30

Store Name:
**EMIGRESS**

Platform:
**Amazon**



amazon.com/dp/B0CKSZYW97

Clothing, Shoes & Jewelry › Women › Accessories › Wallets, Card Cases & Money Organizers › Wallets



**Brand: Generic**

## Slim Credit Card Case Holder Small Compact Bifold Zipper EirBesr Pocket Wallet Mini Leather RFID Blocking Wallet Coin Purse

Search this page

$0⁵⁹

Price history

### Product details

| Care instructions | Dry Cloth Clean |
| --- | --- |

### About this item

- clutch purses for women clutch purses for women evening clutch purse clutch wallet for women clutch wallet clutch clutch purses for women casual clutch black clutch silver clutch gold clutch evening clutch clutch clutch purses for women black clutch purses for women silver clutch purses for women black clutch purses for women wedding clutch purses for women gold clutch purses for women under 10 clutch purses for women evening navy clear clutch purses for women
- white clutch purses for women evening clutch purses for women small clutch purses for women yellow clutch purses for women black clutch purses for women evening silver clutch purses for women evening clutch purses for women evening black silver clutch purses for women evening vintage clutch purses for women evening under 10 clutch purses for women evening color clutch purses for women evening clutch purses for women evening clutch purses for women
- evening floral gold clutch purses for women evening red clutch purses for women evening rose gold clutch purses for women evening clutch purse evening clutch purse with strap clutch purse womens clutch purse

$0⁵⁹

$9.99 delivery December 6 - 16. Details

Or fastest delivery December 1 - 8. Details

Deliver to John - Chicago 60607

**In Stock**

Quantity: 1

Add to cart

Buy Now

| Shipper / Seller | EMIGRESS |
| --- | --- |
| Returns | FREE refund/replacement until Jan 31,... |
| Payment | Secure transaction |

See less

Add to List









# EMIGRESS

Visit the EMIGRESS storefront

★★★☆☆ **44% positive** lifetime (9 total ratings)

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** zhijiangshizhuanyingshangmaoyouxiangongsi
**Business Address:**
紫东街电力社区163号院五栋三单元四楼七号
锦江区
成都市
四川省
610065
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.



Defendant No.: 31

Store Name:
**Erichcn**

Platform:
**Amazon**











## Erichcn

Visit the Erichcn storefront

★★★★☆ **85% positive** in the last 12 months (13 ratings)

Previous Next

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** guangzhouyaoyunxianshangmaoyouxiangongsi
**Business Address:**
  艾力艾国际中心2号楼35层3509室
  莆田市
  荔城区
  福建省
  351100
  CN

### Shipping Policies ⌄

### Other Policies ⌄

### Help ⌄

